# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00596-CV

**Eileen Merritt, Inc. d/b/a ATS Engineers, Inspectors & Surveyors, Appellant**

**v.**

**State Farm Lloyds as Subrogee of William Ballard and Mandi Ballard, Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT**
**NO. 16-0621, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The appellant has filed an unopposed motion to dismiss this interlocutory appeal, explaining that the trial court has signed an order dismissing the underlying suit. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed: November 2, 2016